1

2

3

4                              UNITED STATES DISTRICT COURT

5                                     DISTRICT OF NEVADA

6                                              * * *

7    FREDERICK LEE STEESE,                          Case No. 2:15-cv-01243-RFB-GWF

8                   Plaintiff,
                                                    **ORDER**
9          v.

10   CITY OF NORTH LAS VEGAS;
     CLARK COUNTY, NEVADA,
11
                    Defendants.
12

13

14         Before the Court are three Motions to Dismiss, one filed by Defendant Clark County and

15   two filed by Defendant City of North Las Vegas. ECF Nos. 8, 10, 19. Also before the Court is a

16   Motion for Summary Judgment filed by the City of North Las Vegas. ECF No. 22.

17         Clark County's Motion to Dismiss was filed on November 16, 2015. ECF No. 8. The

18   Certificate of Electronic Service states that an employee of the Clark County District Attorney e-

19   mailed a copy of the motion to Plaintiff Frederick Lee Steese at fredericksteese@yahoo.com, the

20   e-mail address Steese listed on his complaint. Id. at 6. The City of North Las Vegas's first Motion

21   to Dismiss was filed on November 17, 2015. ECF No. 10. The Certificate of Service states that an

22   employee of the North Las Vegas City Attorney's Office mailed the motion by first-class mail,

23   postage prepaid, to Steese at the address he listed on his complaint. Id. at 13. The City of North

24   Las Vegas filed a Renewed Motion to Dismiss and Motion for Summary Judgment on May 19,

25   2016; the Motion for Summary Judgment was refiled separately on May 24, 2016. ECF Nos. 19,

26   22. The Certificates of Service on these motions state that they were mailed to Steese by first-class

27   mail, postage prepaid, at the address he listed on his complaint. Renewed Mot. Dismiss at 17, ECF

28

1    No. 19; Mot. Summ. J. at 13, ECF No. 22. Steese has failed to file a response to any of these

2    motions.

3         On December 31, 2015, a Scheduling Order was granted by Magistrate Judge George

4    Foley, Jr. ECF No. 15. The Scheduling Order was mailed to Steese at the address he listed on his

5    Complaint, but was returned to the Court as undeliverable on January 8, 2016. ECF No. 16. In

6    addition, two separate Minute Orders of the Court issued pursuant to the requirements of <u>Klingele</u>

7    <u>v. Eikenberry</u> and <u>Rand v. Rowland</u> were returned as undeliverable on June 9, 2016. ECF Nos. 25,

8    26. Steese has not provided any other mailing address or contact information to the Court. Based

9    upon the Court's review of the record, the last time Steese contacted the Court or opposing counsel

10   in connection with this case was on December 16, 2015, when Steese engaged in a Fed. R. Civ. P.

11   26(f) conference with opposing counsel. ECF No. 14 at 2.

12        Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and

13   authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for

14   attorney's fees, constitutes a consent to the granting of the motion." In addition, Rule LSR 2-2 of

15   the Local Rules of Special Proceedings and Appeals provides:

16        The plaintiff shall immediately file with the court written notification of any change
     of address.  The notification must include proof of service upon each opposing party
17   or the party's attorney. Failure to comply with this rule may result in dismissal of
     the action with prejudice.
18

19        By failing to respond to any of Defendants' Motions to Dismiss and by failing to provide

20   notification to the Court of his change in address, Steese has violated the Court's local rules and

21   has provided grounds for dismissal of his claims. The Court has reviewed the record in this case

22   and finds, given Steese's lack of response and the Court's inability to contact him, that maintaining

23   this action would prejudice Defendants and would interfere with the Court's interest in efficiently

24   managing its docket. The Court will therefore grant Defendants' Motions to Dismiss. In its

25   discretion, however, the Court dismisses the case without prejudice.

26   . . .

27   . . .

28   . . .

For the reasons stated above,

**IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss (ECF No. 8, ECF No. 10, and ECF No. 19) are GRANTED. This action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is instructed to close this case.


**DATED**: July 13, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**